PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Timothy W. Cartwright       Case Number: 3:10-00220-01

Name of Judicial Officer: Susan C. Bucklew, U.S. District Judge in Middle District of Florida transferred to Todd J. Campbell, U.S. District Judge in Middle District of Tennessee

Date of Original Sentence: March 20, 2008

Original Offense: Possessing and Attempting to Broker a Fictitious Instrument, 18 U.S.C. § 514(a)(2)

Original Sentence: 21 months' custody followed by 5 years' supervised release

Type of Supervision: Supervised release       Date Supervision Commenced: November 27, 2009

Assistant U.S. Attorney: (not assigned)       Defense Attorney: (not assigned)

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 25 day of June, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Karen L. Webb

Place: Columbia, Tennessee

Date: June 21, 2013

| Violation No. | Nature of Noncompliance |
|---|---|

1. **The defendant shall pay restitution of $185,000 at the monthly rate of not less than 10% of his gross monthly income:**
   Mr. Cartwright has paid a total of $14,978.46 in restitution. However, he has not paid 10% of his gross monthly income as ordered.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Cartwright began his five-year term of supervised release on November 27, 2009. He was sentenced in the Middle District of Florida, and ordered to pay restitution of $185,000. He was further ordered to pay at the rate of $200 the first six months of supervised release, then increasing to $500 each month thereafter. Mr. Cartwright and his family relocated to Middle Tennessee to reside in his mother's home in June 2010. Jurisdiction of his case was transferred from the Middle District of Florida, to the Middle District of Tennessee, on August 19, 2010. His conditions were modified by the Court in April 2011 for him to pay restitution at the rate of not less than 10% of his gross monthly income. Since relocating to Middle Tennessee, Mr. Cartwright has struggled financially mostly due to his unemployment. However, he recently did contract work for a few months with Mopar putting up displays for Chrysler. He did not pay any restitution during that time. He is no longer employed as he will be on medical leave for the next two months due to gastric bypass surgery to alleviate his diabetic complications. His wife continues to support the family after recovering from her cancer treatment but she still has quarterly treatments to maintain her health. The offender reports that he has recently sent in $900 toward restitution but this payment has not yet posted with the Clerk's office.

To date, Mr. Cartwright has paid $14,978.46 toward his restitution. Most of this has been taken from his federal income tax refunds. The Court was previously notified in April 2011, that he had paid $20,697.23 toward restitution. However, the Middle District of Florida's Court Clerk's record was later adjusted lowering the amount paid by the defendant.

Mr. Cartwright has been instructed to pay each month as ordered by the Court, once he begins earning income again after recovering from his surgery.

It is recommended that Mr. Cartwright be continued on supervision at this time. The U.S. Attorney's office has been advised of the probation officer's recommendation.

Reviewed: _____
W. Burton Putman
Supervisory U.S. Probation Officer